**TOWN OF HUNTINGTON and Town of Babylon, Plaintiffs–Appellants,**

**and**

**County of Suffolk, Plaintiff,**

**v.**

**LONG ISLAND POWER AUTHORITY, Richard M. Kessel, as Chairman of the Long Island Power Authority, Keyspan Energy, Inc., Long Island Lighting Company, William J. Catacosinos, James T. Flynn, Theodore A. Babcock, Joseph E. Fontana, Robert X. Kelleher, John D. Leonard, Jr., Adam M. Madsen, Kathleen A. Marion, Joseph W. McDonnell, Leonard P. Novello, Richard Reichler, William O. Schiffmacher, Robert B. Steger, William E. Steiger, Jr., Michael E. Bray, Stanley S. Skorupski, and John Does, Defendants–Appellees,**

and

New York State Public Service Commission, Maureen O. Helmer, as Chairman of the New York State Public Service Commission, John O'Mara, Individually as Chairman of the New York State Public Service Commission, Charles A. Daviero, Brian McCaffrey, Anthony Nozzollillo, Werner J. Schweiger, Richard M. Seigel, and Edward J. Youngling, Defendants.

Docket No. 00–9201.

United States Court of Appeals, Second Circuit.

June 1, 2001.

Leon Freidman, New York, NY; Irving Like, Reilly, Like, Tenety, & Ambrosino, Babylon, NY; David M. Wise, Cranford, NJ; Anton J. Borovina, Borovina and Marullo, PLLC, Melville, NY; William Douglas Wexler, North Babylon, NY, for appellants. Kenneth A. Novikoff, Arthur J. Kremer, Evan H. Krinick, Radler & Kremer, LLP Uniondale, NY, for appellees (Long Island Power Authority and Richard M. Kessel). Guy Miller Struve, Lawrence, Portnoy, Harry A. Chernoff, Kimberly D. Harris, Davis, Polk & Wardwell, New York, NY; John E. Reilly & Cynthia R. Clark, Brooklyn, NY; John B. Grant, Jr., James W. Perkins, Greenberg Traurig, LLP, Lyndon M. Tretter, Hogan & Hartson, LLP, New York, NY, for appellees (Keyspan Corp. and former LILCO Officers).

Present WALKER, Chief Judge, CALABRESI and KATZMANN, Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is AFFIRMED.

Plaintiffs-appellants the Town of Huntington, New York, and the Town of Babylon, New York (collectively "the Towns"), appeal an October 27, 2000 judgment of the district court that dismissed the Town's suit against defendants-appellees the Long Island Lighting Co., the Long Island Power Authority, and various other related entities and officials (collectively "LILCO"). The Towns asserted, *inter alia*, claims under 42 U.S.C. § 1983 for violations of (1) the Fourteenth Amendment guarantee of procedural due process, (2) the Contract Clause of Article I, § 10 of the Constitution, and (3) the Takings Clause of the Fifth Amendment of the Constitution. The district court dismissed the action based on the filed-rate doctrine because it reasoned that the "plaintiffs bring suit as rate payers challenging the use made of the rate-payments that they made." Dist.Ct.Op. at 11.

For substantially the reasons set forth in the district court's August 14, 2000 opinion and order dismissing the case and its October 10, 2000 opinion and order denying the Towns' motion for reconsideration, the judgment of the district court is hereby AFFIRMED. Costs to be borne by defendants-appellees.